# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

# DIVISION II

| | |
|---|---|
| In the Matter of the Parenting and Support of:<br><br>K.G.-S.,<br><br>                            Child.<br><br>JANENE GORDON,<br><br>          Appellant/Cross-Respondent,<br><br>    v.<br><br>SCOTT K. SERVEN,<br><br>           Respondent/Cross-Appellant. | No. 59363-7-II<br><br><br><br><br>ORDER WITHDRAWING<br>UNPUBLISHED OPINION<br>AND ORDER CHANGING CAPTION |

The court issued an unpublished opinion in this matter on October 14, 2025.  The court then issued an order changing the caption on November 12, 2025.  The court withdraws both the opinion and the order changing caption due to a scrivener's error.  An unpublished opinion will be issued in due course.  Accordingly, it is

No. 59363-7-II

SO ORDERED.

PANEL: Jj. Veljacic, Maxa, Che

FOR THE COURT:

_____
VELJACIC, C.J.

We concur:

_____
MAXA, J.

_____
CHE, J.

2